**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CRAYTONIA BADGER**                                                                **PETITIONER**
**ADC #162710**

**V.**                                     **CASE NO. 2:22-cv-00088-LPR-JTK**

**SHELIA MARONEY,**
**SHIRLEY DOVER,**
**DEXTER PAYNE**                                                                      **RESPONDENTS**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Jerome T. Kearney.[1]  The Court has also received timely objections from Plaintiff.[2]  After a *de novo* review of the RD, and careful consideration of the objections and the entire record, the Court concludes that the ultimate disposition set out in the RD is correct.  While the Court does not adopt the reasoning of the RD, the Court reaches the same ultimate disposition because the Court agrees with the second-or-successive-petition argument set forth in the Response to the Habeas Petition.[3]  Judgment shall be entered accordingly.

The Habeas Petition shall be DISMISSED without prejudice, and all other pending motions are hereby DENIED as moot.  The Court will not issue a certificate of appealability; Petitioner has not made a substantial showing of a denial of a constitutional right.[4]  Finally, the Court certifies that an appeal *in forma pauperis* would not be taken in good faith.[5]

---

[1] Recommended Disposition (Doc. 10).

[2] Pl.'s Objections (Doc. 14).

[3] *See* Doc. 23.  The Court ordered the Response "[s]olely for purposes of deciding" the propriety of the RD.  *See* Order (Doc. 17).  The Court had concerns that the RD might not perfectly capture the relief being sought by Plaintiff, and thus might not analyze the actual habeas claim that Plaintiff is trying to assert.  In the Court's view, the Response better captures the relief Plaintiff is seeking, and therefore offers a better analysis of why the claim must fail.

[4] 28 U.S.C. § 2253(c)(1)-(2).

[5] *See* Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE